IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-176-BO

| | |
|---|---|
| MARK HENDRIKS, Individually and on behalf of all others similarly situated,<br>                 Plaintiff,<br>v.<br>PHARMACEUTICAL PRODUCT DEVELOPMENT, INC., FREDERIC ESCHELMAN, RAYMOND HILL, ERNEST MARIO, STUART BONDURANT, FREDERICK FRANK, TERRY MAGNUSON, VAUGHN D. BRYSON, ROBERT ALEXANDER INGRAM, RALPH SNYDERMAN, JAGUAR HOLDINGS, LLC, THE CARLYLE GROUP, HELLMAN & FRIEDMAN LLC, and JAGUAR MERGER SUB, INC.,<br>                 Defendants. | ORDER |

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction and Motion to Expedite Discovery Proceedings [DE 21 & 19]. For good cause shown, Plaintiff's Motion to Expedite Discovery Proceedings is GRANTED. Defendants are to provide Plaintiff with the discovery requested in Plaintiff's Memorandum in Support of Motion to Expedite Discovery [DE 20 at 11]. Further, a hearing on Plaintiff's Motion for Preliminary Injunction will be held before the undersigned on Tuesday, November 15, 2011, at 3:00 p.m. in Raleigh, N.C.

SO ORDERED, this __21__ day of October, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE