THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 4:11cv00176

| | |
|---|---|
| MARK HENDRIKS, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, INC., FREDRIC ESHELMAN, RAYMOND HILL, ERNEST MARIO, STUART BONDURANT, FREDERICK FRANK, TERRY MAGNUSON, VAUGHN D. BRYSON, ROBERT ALEXANDER INGRAM, RALPH SNYDERMAN, JAGUAR HOLDINGS, LLC, THE CARLYLE GROUP, HELLMAN & FRIEDMAN LLC, AND JAGUAR MERGER SUB, INC.,<br><br>　　　　Defendants. | SPONSOR DEFENDANTS' JOINDER IN PPD DEFENDANTS' MOTION TO STAY AND OPPOSITION TO EXPEDITED DISCOVEY |

Defendants Pharmaceutical Product Development, Inc., Frederic N. Eshelman, Raymond H. Hill, Stuart Bondurant, Vaughn D. Bryson, Frederick Frank, Robert A. Ingram, Terry Magnuson, Ernest Mario, and Ralph Snyderman (collectively, the "PPD Defendants") have moved the Court to stay this action and to deny Plaintiff's motion for expedited discovery. Defendants The Carlyle Group,[1] Hellman & Friedman LLC, Jaguar Holdings, LLC, and Jaguar Merger Sub, Inc. (collectively, the "Sponsor Defendants") hereby join in the PPD Defendants' motion and opposition.

---

[1] "The Carlyle Group" is a trade name and not a juridical entity.

WHEREFORE, for the reasons set forth in the PPD Defendants' Motion To Stay this Action in favor of the North Carolina Actions, Memorandum in Support of the Motion To Stay, and Memorandum of Law in Opposition to Plaintiff's Motion To Expedite Proceedings, the Sponsor Defendants respectfully request that the Court stay this action in favor of the pending North Carolina actions and deny Plaintiff's motion for expedited discovery.

This the 21st day of October, 2011.

/s/ Robert W. Fuller
Robert W. Fuller
N.C. Bar No. 10887
rfuller@rbh.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:   (704) 377-2536
Facsimile:   (704) 378-4000

*Attorneys for Jaguar Holdings, LLC, The Carlyle Group, Hellman & Friedman LLC, and Jaguar Merger Sub, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Shane T. Towley
      **FARUQI & FARUQI, LLP**
      369 Lexington Avenue, 10th Floor
      New York, New York 10017
      srowley@faruqilaw.com


      William E. Moore, Jr.
      **Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.**
      516 South New Hope Road
      P.O. Box 2336
      Gastonia, North Carolina 28053-2636
      bmoore@gastonlegal.com


      Lee M. Whitman
      Sarah M. Johnson
      **Wyrick Robbins Yates & Ponton, LLP**
      4101 Lake Boone Trail, Suite 300
      Raleigh, North Carolina 27607
      lwhitman@wyrick.com
      sjohnson@wyrick.com


This 21st day of October, 2011.

                                      s/ Robert W. Fuller
                                      Robert W. Fuller
                                      N.C. Bar No. 10887
                                      rfuller@rbh.com
                                      **ROBINSON, BRADSHAW & HINSON, P.A.**
                                      101 North Tryon Street, Suite 1900
                                      Charlotte, North Carolina 28246
                                      Telephone:    (704) 377-2536999-3000
                                      Facsimile:    (704) 378-4000

3

Case 4:11-cv-00176-BO   Document 47   Filed 10/21/11   Page 3 of 3